**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **BRENDA WARD,** | : | |
| | : | |
| **Claimant,** | : | |
| | : | |
| **v.** | : | **Civil Action No.** |
| | : | **5:08-CV-383(HL)** |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of the Social** | : | |
| **Security Administration Agency** | : | |
| | : | |
| **Respondent.** | : | |
| | : | |

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 11), which recommends affirming the decision of the Commissioner of Social Security.  Claimant has filed a timely Objection (Doc. 12).  Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered the Objection and has made a de novo determination of the portion of the R&R to which Claimant objects.  After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations in the Magistrate Judge's thorough and well-reasoned R&R.

**SO ORDERED**, this the 4th day of May, 2009.

_s/  Hugh Lawson_
**HUGH LAWSON, Judge**

dhc